IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | CRIMINAL ACTION NO. 1:25-CR-17 |
| | § | |
| v. | § | |
| | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| CHARLES BERNARD BYRD (2), | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

The Court referred the Defendant, Charles Bernard Byrd's, *Opposed Motion to Dismiss – Speedy Trial* to United States Magistrate Judge Zack Hawthorn pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (3). (Dkt. #37, 38.) After reviewing the motion, Government's response, and relevant law, Magistrate Judge Hawthorn found no speedy trial violation and recommended denying the Defendant's motion in a *Report and Recommendation* filed on April 10, 2025. (Dkt. #67.)

Neither party filed objections the Report and Recommendation and the time for doing so has passed. The Court finds that Judge Hawthorn's findings are correct and accepts his recommendation to deny the Defendant's *Motion to Dismiss*. Accordingly,

the Court ADOPTS Judge Hawthorn's *Report and Recommendation* (Dkt. #67) and DENIES the Defendant's *Opposed Motion to Dismiss – Speedy Trial* (Dkt. #37).

**SIGNED this 28th day of April, 2025.**

_____
Michael J. Truncale
United States District Judge