IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 1:25-CR-17(2) |
| | § | Judge Michael J. Truncale |
| CHARLES BERNARD BYRD | § | |
| a/k/a "Doughboy" | § | |

## VERDICT OF THE JURY

We, the jury, find as to the offense charged in Count One of the First Superseding Indictment, the defendant Charles Bernard Byrd:

√
(Guilty)      (Not Guilty)

We, the jury, find as to the offense charged in Count Three of the First Superseding Indictment, the defendant Charles Bernard Byrd:

√
(Guilty)      (Not Guilty)

Dated: 03/05/26

Jury Foreperson

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 05 2026
BY DEPUTY